UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Case Number:_____

William Edward Madalinski
(Write the full name of the plaintiff)

vs.

The Key West Citizen

_____

_____

(Write the full name of the defendant/s in this case)

FILED BY _____ D.C.
MAR 28 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**I. Party Information**

A. Plaintiff: William Edward Madalinski
   Address: Monroe County Detention Center, 5501 College Rd, Key West, FL 33040
   Inmate/Prison No.: 08015607
   Year of Birth: 1973 (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

   (Write your name, address and prison/inmate number, if applicable)

vs.

B. Defendant: Key West Citizen Newspaper   Defendant:_____
   Official Position: Newspaper   Official Position:_____
   Place of Employment: Key West Citizen   Place of Employment:_____

   (Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants.)

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and pl aces. Each claim should be stat ed in a separately num bered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

On February 3rd 2025, The Key West Citizen printed falsely, embellished, and unresearched or proven statements and accusations that I "distributed 20,000 or more lethal doses of fentenyl up and down the Keys."
    This is an accusation not singularly true. They (the Newspaper) has accused me of murder or/and a threat to the community. My legal charges don't reflect truth to this statement

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

I want a corrected printed statement, a published apology and $120,000 dollars Based on the defamation/slander act.

_____

_____

**IV. Jury Demand**

Are you demanding a jury trial?         ___ Yes    _X_ No

Signed this __25th__ day of __March__, 20__25__

_William Edward Madabush_ (signature)
                                       Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: __March 25th 2025__

_William E. Madabush_ (signature)
                                       Signature of Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Case Number:_____

William Edward Madalinski,
(Write the full name of the plaintiff)

vs.

The Key West Citizen Newspaper

(Write the full name of the defendant/s in this case)

# COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

**I. Party Information**

A. Plaintiff: William Edward Madalinski.

Address: 5501 College Rd - Key West, FL 33040

Inmate/Prison No.: 08015607

*Year* of Birth: 1973 (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

(Write your name, address and prison/inmate number, if applicable)

vs.

B. Defendant: Key West Citizen Newspaper  Defendant:_____

Official Position: Newspaper  Official Position:_____

Place of Employment: Key West Citizen  Place of Employment:_____

(Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants.)

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and pl aces. Each claim should be stat ed in a separately num bered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

On February 3rd 2025, The Key West Citizen printed falsely, embellished, and unresearched or proven statements and accusations that I "distributed 20,000 or more lethal doses of fentenyl up and down the Keys". This is an accusation not even singularly true. They (the newspaper) has accused me of murder or/ and a threat to the community. My legal charges don't even reflect any possible truth to this statement.

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

I want a corrected printed statement, a publicized apology and $/20,000 dollars. Based on the defamation/ slander act.

_____

_____

## IV. Jury Demand

Are you demanding a jury trial?   ____ Yes   _X_ No

Signed this __25th__ day of __March__, 20__25__

_William E. Madalah_ (signature)
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: __March 25th 2025__

_William E. Madalah_ (signature)
Signature of Plaintiff

William Edward Madalinski - OB0156607
Roe County Detention Center
5501 College Rd
West, FL 33040

Mail

Clerks Office
United States District Court
Southern District of Florida
400 North Miami Avenue, 8N
Miami, FL 33128-7716

REC'D BY_____ D.C.
MAR 28 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

THIS LETTER IS FROM AN
INMATE/DETAINEE AT THE
MONROE COUNTY DETENTION CENTER
5501 COLLEGE ROAD, KEY WEST, FL 33040
ALL INCOMING MAIL MUST HAVE THE SENDERS
FULL NAME AND ADDRESS
INMATE/DETAINEE FULL NAME
PACKAGES, CASH, MONEY ORDERS OR PERSONEL
ITEMS. UNAUTHORIZED ITEMS WILL BE RETURNED
TO SENDER